PER CURIAM.
Affirmed on the basis and authority of section 440.11(1), Florida Statutes (1981); Chorak v. Naughton, 409 So.2d 35 (Fla. 2d DCA 1982); Dessert v. Electric Mutual Liability Insurance Co., 392 So.2d 340 (Fla. 5th DCA), pet. for review denied, 399 So.2d 1141 (Fla.1981); Zurich Insurance Co. v. Scofi, 366 So.2d 1193 (Fla. 2d DCA), cert. denied, 378 So.2d 348 (Fla.1979) and West v. Jessop, 339 So.2d 1136 (Fla. 2d DCA 1976).
SCHEB, Acting C.J., and RYDER and DANAHY, JJ., concur.